```
                                              FILED
Priority  ✓                          CLERK, U.S DISTRICT COURT
Send      ✓
Enter     ___
Closed    ___                              DEC 13 2006
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___                        CENTRAL DISTRICT OF CALIFORNIA
                                     EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| J. PAUL REDDAM, J. PAUL REDDAM TRUST, CLARENCE VENTURES LLC, a Delaware limited liability company, and ZED CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KPMG LLP; PRESIDIO ADVISORS LLC; PRESIDIO ADVISORY SERVICES LLC; PRESIDIO FUND ADVISORS LLC, now known as HOLLAND PARK CAPITAL ADVISORS LLC; SIDLEY AUSTIN BROWN & WOOD LLP; DEUTSCHE BANK A.G.; OLSON LEMONS PC and Does 1 through 100,<br><br>Defendants. | Case No. SACV 04-1227 VAP (MANx)<br><br>[~~PROPOSED~~] ORDER   BY FAX<br><br>DATE:  No Hearing Set<br>DEPT:  2, Riverside Courthouse<br>Hon. Virginia A. Phillips |

LA/40367571.1

[PROPOSED] ORDER

1   Pursuant to the Court's Order dated December 14, 2004, granting
2   Defendant KPMG LLP's and Defendant Sidley Austin LLP's motions to compel
3   arbitration, and by Order of the Ninth Circuit dated August 10, 2006, the parties are
4   ordered to arbitrate the claims between Plaintiffs and Defendants KPMG LLP and
5   Sidley Austin LLP.

6   The arbitrators shall be selected pursuant to a stipulated agreement and
7   procedure entered into and agreed upon by the parties, without waiver of any rights
8   any party might have upon completion of the arbitration to challenge the propriety
9   of the order compelling the parties into arbitration.

11   IT IS SO ORDERED.

12-13-06

By: *Virginia A. Phillips*
HON. VIRGINIA A. PHILLIPS

- 1 -    [PROPOSED] ORDER

LA/40367571.1

| | |
|---|---|
| 1 | Jointly submitted by: |
| 2 | |
| 3 | Dated: December 1, 2006    BINGHAM McCUTCHEN LLP |
|   |                            DALE E. BARNES JR. |
|   |                            J. WARREN RISSIER |
| 4 | |
| 5 | |
| 6 | By: _____ |
|   |         J. WARREN RISSIER |
| 7 | Attorneys for Defendant KPMG LLP |
| 8 | |
| 9 | Dated: December 1, 2006    MUNGER, TOLLES & OLSON LLP |
|   |                            BRAD D. BRIAN |
|   |                            LISA J. DEMSKY |
| 10 | |
| 11 | |
| 12 | By: _____ |
|    |         LISA J. DEMSKY |
| 13 | Attorneys for Defendant Sidley Austin LLP |
| 14 | Dated: December 1, 2006    HENNIGAN, BENNETT & DORMAN LLP |
|    |                            J. MICHAEL HENNIGAN |
| 15 |                            LAURA LINDGREN |
|    |                            ROBERT W. MOCKLER |
| 16 | |
| 17 | |
| 18 | By: _____ |
|    |         ROBERT W. MOCKLER |
| 19 | |
| 20 | Attorneys for Plaintiffs J. Paul Reddam, |
|    | J. Paul Reddam Trust, Clarence Ventures |
| 21 | LLC and Zed Corporation |

- 2 -    [PROPOSED] ORDER

LA/40367571.1

12/04/2006 09:29 FAX 213 680 6499    BINGHAM MCCUTCHEN
Case 8:04-cv-01227-VAP-MAN    Document 131    Filed 12/13/06    Page 4 of 5    Page ID #:156

FROM :                           FAX NO. :                    Dec. 03 2006 09:09PM P1

| | | |
|---|---|---|
| 1 | | Jointly submitted by: |
| 2 | Dated: December 1, 2006 | BINGHAM McCUTCHEN LLP |
| 3 | | DALE E. BARNES JR. |
| | | J. WARREN RISSIER |

By: _____
J. WARREN RISSIER

Attorneys for Defendant KPMG LLP

Dated: December 1, 2006

MUNGER, TOLLES & OLSON LLP
BRAD D. BRIAN
LISA J. DEMSKY

By: _____
LISA J. DEMSKY

Attorneys for Defendant Sidley Austin LLP

Dated: December 1, 2006

HENNIGAN, BENNETT & DORMAN LLP
J. MICHAEL HENNIGAN
LAURA LINDGREN
ROBERT W. MOCKLER

By: _____
ROBERT W. MOCKLER

Attorneys for Plaintiffs J. Paul Reddam,
J. Paul Reddam Trust, Clarence Ventures
LLC and Zed Corporation

- 2 -                                    [PROPOSED] ORDER

LA/40367571.1

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

[PROPOSED] ORDER

by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California in sealed envelope(s) with postage prepaid, addressed as follows:

| | |
|---|---|
| J. Michael Hennigan, Esq.<br>Laura Lindgren, Esq.<br>Robert W. Mockler, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br><br>*Attorneys for Plaintiffs J. Paul Reddam, et al.* | David W. Wiechert, Esq.<br>Attorney at Law<br>107 Avenida Miramar<br>Suite A<br>San Clemente, CA 92762<br><br>*Attorneys for Plaintiffs J. Paul Reddam, et al.* |
| Lisa J. Demsky<br>Munger, Tolles & Olson LLP<br>355 S. Grand Avenue<br>Suite 3500<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Sidley Austin* | Steven M. Bauer, Esq.<br>Sarah P. Graves, Esq.<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111<br><br>*Attorneys for Defendants Presidio Advisors LLC* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on December 4, 2006.

_____
Nichele M. Goitia

- 3 -    [PROPOSED] ORDER

LA\40367571.1