J. MICHAEL HENNIGAN (State Bar No. 59491)
LAURA LINDGREN (State Bar No. 82332)
ROBERT W. MOCKLER (State Bar No. 200200)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

DAVID W. WIECHERT (State Bar No. 94607)
Attorney at Law
107 Avenida Miramar, Suite A
San Clemente, CA 92672
Telephone: (949) 361-2822
Facsimile: (949) 496-6753

Attorneys for Plaintiffs
J. Paul Reddam, J. Paul Reddam Trust, Clarence Ventures LLC and Zed Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| J. Paul Reddam, J. Paul Reddam Trust, Clarence Ventures LLC, a Delaware limited liability company, and Zed Corporation, a California Corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KPMG LLP, Presidio Advisors LLC; Presidio Advisory Services LLC; Presidio Fund Advisors LLC now known as Holland Park Capital Advisors LLC; Sidley Austin Brown & Wood LLP; and Does 1 through 100,<br><br>    Defendants, | CASE NO. SACV 04-1227 VAP (MANx)<br><br>**NOTICE OF DISMISSAL;**<br><br>**[PROPOSED] ORDER** |

4678473.1                                                                                     NOTICE OF DISMISSAL

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil |
| 2 | Procedure 41(a), Plaintiffs J. Paul Reddam, J. Paul Reddam Trust, Clarence |
| 3 | Ventures LLC and Zed Corporation voluntarily dismiss with prejudice all claims |
| 4 | against Defendant Sidley Austin LLP (sued as Sidley Austin Brown & Wood LLP) |
| 5 | pursuant to a settlement agreement entered into by and through their respective |
| 6 | counsel of record.  Plaintiffs and Defendant Sidley Austin LLP shall each bear their |
| 7 | own costs and attorney's fees. |

DATED: March 25, 2008

HENNIGAN, BENNETT & DORMAN LLP
J. MICHAEL HENNIGAN
LAURA LINDGREN
ROBERT W. MOCKLER

DAVID W. WIECHERT

By: /s/ Laura Lindgren
LAURA LINDGREN

Attorneys for Plaintiffs
J. Paul Reddam, J. Paul Reddam Trust,
Clarence Ventures LLC and Zed Corporation

4678473.1

NOTICE OF DISMISSAL